45 So.3d 1112 (2010)
John Allen RICKS and Rita Jane Ricks, Individually, and on Behalf of their Minor Child, Jennifer B. Ricks
v.
KENTWOOD OIL COMPANY, INC., Wade and Wanda Royals, Caryn Diddon, Jimmy Tate, Mitchell Mclntyre, and Gerald Davis
Leo Ricks
v.
Kentwood Oil Company, Inc., Wade and Wanda Royals, Caryn Diddon, Jimmy Tate, Mitchell Mclntyre, and Gerald L. Davis.
No. 2010-C-1733.
Supreme Court of Louisiana.
October 15, 2010.
Denied.